UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE W. HOOKER,<br>　　　　Plaintiff,<br>　　v.<br>I. GOMEZ,<br>　　　　Defendant. | Case No. 16-cv-07019-HSG (PR)<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 29 |

Good cause appearing, defendant's motion for an extension of time to file a dispositive motion is hereby GRANTED. The deadline for defendant to file a dispositive motion is CONTINUED to **August 3, 2018**. Plaintiff shall file any opposition to defendant's motion within **twenty-eight (28)** days of the date the motion is filed. Defendant shall file a reply within **fourteen (14)** days of the date the opposition is filed.

This order terminates Docket No. 29.

**IT IS SO ORDERED.**

Dated: 6/27/2018

　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge