UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE W. HOOKER,<br><br>Plaintiff,<br><br>v.<br><br>I. GOMEZ,<br><br>Defendant. | Case No. 16-cv-07019-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order Granting Motion for Summary Judgment, judgment is entered in favor of Defendant Gomez and against Plaintiff. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: 8/22/2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge